IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROD HERRICK and SONYA HERRICK as Trustees of the ROD AND SONYA HERRICK REVOCABLE TRUST, and RODDIE, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ATAIN SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | CV 21–59–M–DLC–KLD <br><br><br> ORDER |

Before the Court is Plaintiffs' Unopposed Motion for Dismissal. (Doc. 26.) The motion requests that the Court dismiss this matter with prejudice because the parties have fully settled Plaintiffs' claims on the merits, and Defendant asserted no counterclaims. (*Id.* at 1.) Defendant does not object. (*Id.*)

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED with prejudice, and all pending motions are DENIED as moot. The Clerk of Court is directed to close the case file.

DATED this 31st day of October, 2022.

Dana L. Christensen, District Judge
United States District Court

1